```
                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF OHIO

CORDELL ELLISON SMITH,              )   CASE NO. 1:06 CV 2498
                                    )
          Plaintiff,                )   JUDGE CHRISTOPHER A. BOYKO
                                    )
     v.                             )
                                    )   JUDGMENT ENTRY
CHARLOTTE MECKLENBURG POLICE DEPT.,)
                                    )
          Defendant.                )
```

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

```
                                     S/Christopher A. Boyko
                                    CHRISTOPHER A. BOYKO
                                    UNITED STATES DISTRICT JUDGE
```

DATE: November 15, 2006